IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | Case No.: 8:13CB6 |
| )  | Violation No.: 3576980 NE22 |
| Plaintiff,   ) | |
| ) | |
| vs.    ) | ORDER |
| ) | |
| BRANDY M. REDMOND,   ) | |
| ) | |
| Defendant.    ) | |

**IT IS ORDERED:**

After a telephone request, the defendant is granted an extension of time until September 24, 2013, in which to pay the collateral amount due of $175.00.  The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on September 24, 2013 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk will mail a copy of this order to Brandy M. Redmond at her address of 100 South 22nd Street, Council Bluffs, Iowa 51501.

DATED this 16th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge