IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>             Plaintiff,<br><br>vs.<br><br>**BRANDY M. REDMOND,**<br><br>             **Defendant.** | Case No.:  8:13CB6<br>Violation No.:  3576979-NE22 &<br>                          3576980-NE22<br><br>ORDER |

The Motion to Continue (Filing No. 48) filed by the United States Attorney's Office is granted. The defendant shall pay both violation notices in full by February 25, 2014, or appear at hearing before the undersigned magistrate judge on February 25, 2014 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

ORDERED this 27th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
**United States Magistrate Judge**