# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>      vs.<br><br>**BRANDY M. REDMOND,**<br><br>           **Defendant.** | **Case No: 8:13CB6**<br>**Violation Number 3576980 NE22**<br><br>**ORDER** |

On the motion of the United States Attorney's Office (Filing No. 59), the above-referenced matter is hereby dismissed.

ORDERED this 2nd day of July, 2014.

**BY THE COURT:**

**s/ Thomas D. Thalken**
**United States Magistrate Judge**